**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eleanar PIMENTEL–MENDIOLA, also**
**known as Elias Moraila–Cortez,**
**Defendant–Appellant.**

**No. 09–40513**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Eleanar Pimentel–Mendiola (Pimentel) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pimentel has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.